IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISOBUNKERS, L.L.C. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-879 |
| | : | |
| EASTON COACH COMPANY | : | |

## ORDER

AND NOW, this 8th day of February, 2010, Defendant Easton Coach Company's Motion for Summary Judgment (Document 18) is GRANTED. Judgment is entered in favor of Easton and against Plaintiff ISObunkers, L.L.C.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED for statistical purposes.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.